## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>UNION PACIFIC RAILROAD</u>
by: <u>COMPANY AT 10031 FOOTHILL BLVD, STE 200, ROSEVILLE, CA 95747</u>

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
<u>LYNDA RISUCCI, ADMINISTRATIVE ASSISTANT</u> ; or

(4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ <u>170.00</u> for travel and $ <u>Ø</u> for services, for a total of $ <u>170.00</u> .

Date: <u>6 August 2008</u>

_____
Server's signature

CHRIS ERICKSON/ #641
EMPLOYEE OF A REGISTERED CALIFORNIA
PROCESS       Printed name and title   SERVER

ONE HOUR LEGAL
1280 BOULEVARD WAY, #205
WALNUT CREEK, CA 94595
925-947-3470
Server's address

SUMMONS IN A CIVIL ACTION; , PETITION, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, BLANK CASE MANAGEMENT CONFERENCE ORDER, STANDING ORDERS FOR CIVIL CASES, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA-CONTENTS OF JOINT CASE MANAGEMENT STATEMENT, NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION, BLANK NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS, BLANK WAIVER OF SERVICE OF SUMMONS, ECF REGISTRATION INFORMATION HANDOUT, GUIDELINES, CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA BOOKLET

| Attorney or Party without Attorney:<br>FREDERICK L. NELSON ESQ, Bar #29920<br>HILDEBRAND, MCLEOD & NELSON<br>350 FRANK H. OGAWA PLAZA, 4TH FL<br>Oakland, CA  94612<br>Telephone No: 510-451-6732     FAX No: 510-465-7023 | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | | | | |
| Plaintiff: UNITED TRANSPORTATION UNION | | | | |
| Defendant: UNION PACIFIC RAILROAD COMPANY | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV083681MMC |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Action; , Petition, Order Setting Initial Case Management Conference And Adr Deadlines, Blank Case Management Conference Order, Standing Orders For Civil Cases, Standing Order For All Judges Of The Northern District Of California-Contents Of Joint Case Management Statement, Notice Of Availability Of Magistrate Judge To Exercise Jurisdiction, Blank Notice Of Lawsuit And Request For Waiver Of Service Of Summons, Blank Waiver Of Service Of Summons, Ecf Registration Information Handout, Guidelines, Consenting To A Magistrate Judge's Jurisdiction In The Northern District Of California Booklet

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Tue., Aug. 05, 2008
   b. Place of Mailing:          Walnut Creek, CA  94595
   c. Addressed as follows:      UNION PACIFIC RAILROAD COMPANY
                                 10031 FOOTHILLS BLVD, STE 200
                                 ROSEVILLE, CA  95747
                        ATTN: WILLIAM H. POHLE, JR., ESQ., AGENT FOR SERVICE

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Aug. 05, 2008 in the ordinary course of business.

5. Person Serving:                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. L. RAMIREZ                                d. *The Fee for Service was:*     $170.00
   b. One Hour Delivery Service                 e. I am: (3) registered California process server
      1280 Boulevard Way #205                      (i)    Employee
      Walnut Creek, CA  94595                      (ii)   Registration No.:      #641
   c. 925-947-1100, FAX 925-947-3480               (iii)  County:                CONTRA COSTA

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Tue, Aug. 05, 2008

                                                        (L. RAMIREZ)

Judicial Council Form POS-010           PROOF OF SERVICE                                  hildfn.12462
Rule 2.150.(a)&(b) Rev January 1, 2007      By Mail