Stephanie L. Quinn, S.B. No. 216655
RANDOLPH, CREGGER, & CHALFANT
1030 G Street
Sacramento, CA 95814-0823
Telephone: (916) 443-4443
Facsimile:  (916) 443-2124
E-mail: slq@randolphlaw.net

and

Patricia O. Kiscoan  NE Bar #18624
UNION PACIFIC RAILROAD COMPANY
1400 Douglas Street, Mail Stop 1580
Omaha, NE 68179-1580
Telephone: (402) 544-6302
E-mail: pokiscoan@up.com
*Appearance Pro Hac Vice*

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TRANSPORTATION UNION, NICK BJAZEVICH, R.A. BRUCKER, M.A. CERVANTEZ, B.W. HUMBLE, B.L. HENRY, M.S. REDMOND, K.L. SUMMERS,<br><br>            Petitioners,<br>     vs.<br><br>UNION PACIFIC RAILROAD CORPORATION,<br><br>            Respondent.<br>_____ | CASE NO. 3:08CV03681- MMC<br><br><br><br><br>STIPULATION REGARDING ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND |

   Comes now the parties, Petitioners, United Transportation Union, Nick Bjazevich, R.A. Brucker, M.A. Cervantez, B.W. Humble, B.L. Henry, M.S. Redmond, and K.L. Summers, and the Respondent, Union Pacific Railroad Company ("Union Pacific"), and hereby stipulate to enlarge the time within which Union Pacific is required to answer or otherwise respond to the Petition to Enforce.

-1-

Respondent seeks the additional time to work on resolving the dispute, or in the alternative, to prepare a motion to dismiss. The Petitioners have no objection to the enlargement of time. According,

The parties stipulate that the Respondent may file its Answer or otherwise respond to the Petition to Enforce on or before Tuesday, September 30, 2008.

Dated this 25th day of August, 2008.

Respectfully submitted,

/s/   Stephanie L. Quinn
RANDOLPH, CREGGER, & CHALFANT
1030 G Street
Sacramento, CA 95814-0823
Telephone: (916) 443-4443
Facsimile: (916) 443-2124

/s/ Patricia O. Kiscoan
UNION PACIFIC RAILROAD COMPANY
1400 Douglas Street, Mail Stop 1580
Omaha, NE 68179-1580
Telephone: (402) 544-6302

Attorneys for Union Pacific Railroad Company

/s/ Frederick L. Nelson
HILDEBRAND, McLEOD & NELSON, INC.
350 Frank H. Ogawa Plaza, Fourth Floor
Oakland, CA 94612
Telephone: (510) 451-6732

/s/ Kevin Brodar
Associate General Counsel
UNITED TRANSPORTATION UNION
14600 Detroit Avenue
Cleveland, Ohio 44107
Telephone:  (216) 228-9400

Attorneys for Petitioners
UNITED TRANSPORTATION UNION, NICK BJAZEVICH, R.A. BRUCKER, M.A. CERVANTEZ, B.W. HUMBLE, B.L. HENRY, M.S. REDMOND, K.L. SUMMERS

**PROOF OF SERVICE**

**CASE:** United Transportation Union, etc. v. UP
**NO:** U. S. District Court, Northern District of California, No. 3:08cv03681-MMC

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **STIPULATION REGARDING ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE RESPOND** on the following parties as addressed below by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail:

<u>Attorneys for Petitioner</u>
Frederick Lee Nelson, Esq.
HILDEBRAND, McLEOD & NELSON, INC.
350 Frank H. Ogawa Plaza, 4th Fl.
Oakland, CA 94612
(510) 451-6732

Kevin C. Brodar
Associate General Counsel
United Transportation Union
14600 Detroit Avenue
Cleveland, OH 44107
(216) 228-9400
(216) 228-0937 (Fax)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this August 25, 2008 at Sacramento, California.

    /s/ SUSAN R. DARMS
    SUSAN R. DARMS

-3-