FILED

08 AUG 26 PM 3:33

RICHARD W. WICKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Stephanie L. Quinn, SBN 216655
   RANDOLPH CREGGER CHALFANT LLP
2  1030 G Street
   Sacramento, CA 95814
3  Telephone: (916) 443-4443
   Fax: (916) 443-2124
4  E-mail: slq@randolphlaw.net

5  Patricia O. Kiscoan, NE Bar #18624
   UNION PACIFIC RAILROAD COMPANY
6  1400 Douglas Street, Mail Stop 1580
   Omaha, NE 68179-1580
7  Telephone: (402) 544-6302
   E-mail: pokiscoan@up.com
8  *Appearance Pro Hac Vice*

9  Attorneys for Respondent
   UNION PACIFIC RAILROAD COMPANY

10

11

12           UNITED STATES DISTRICT COURT,

13           NORTHERN DISTRICT OF CALIFORNIA

14

15 | UNITED TRANSPORTATION UNION, NICK         | No. 3:08cv03681-MMC
   | BJAZEVICH, R.A. BRUCKER, M.A. CERVANTEZ,
16 | B.W. HUMBLE, B.L. HENRY, M.S. REDMOND,     | **APPLICATION FOR
   | K.L. SUMMERS,                              | ADMISSION OF ATTORNEY
17 |                                            | *PRO HAC VICE***
   | Petitioners,
18 |
   |       v.
19 |
   | UNION PACIFIC RAILROAD CORPORATION,
20 |
   |       Respondent.                          | **BY FAX**
21 | _____/

22 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

23        Pursuant to Civil L.R. 11-3, attorney Patricia O. Kiscoan, an active member in good

24 standing of the bar of the state of Nebraska hereby applies for admission to practice in the United

25 States District Court, Northern District of California on a *pro hac vice* basis representing the

26 Respondent UNION PACIFIC RAILROAD COMPANY in the above entitled action.

                                                  1
APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE

In support of this application, I certify on oath that:

1)   I am an active member in good standing of the United State Court or of the highest court of another state or in the District of Columbia as indicated above;

2)   I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3)   Stephanie L. Quinn with the law firm Randolph Cregger Chalfant LLP, 1030 G Street, Sacramento, California, 95814, 916-443-443, is an attorney who is a member of the bar of this Court is good standing and who maintains an office within the State of California and has been designated as co-counsel in the above entitled action.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 25th, 2008

Patricia O. Kiscoan

NE. Bar No. 18624

Randolph Cregger & Chalfant

2

APPLICATION TO APPEAR AS COUNSEL PRO HAC VICE

# PROOF OF SERVICE

**CASE:** United Transportation Union, etc. v. UP
**NO:** U. S. District Court, Northern District of California, No. 3:08cv03681-MMC

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** on the following parties as addressed below by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail:

<u>Attorneys for Petitioner</u>
Frederick Lee Nelson, Esq.
HILDEBRAND, McLEOD & NELSON, INC.
350 Frank H. Ogawa Plaza, 4th Fl.
Oakland, CA 94612
(510) 451-6732

Kevin C. Brodar
Associate General Counsel
United Transportation Union
14600 Detroit Avenue
Cleveland, OH 44107
(216) 228-9400
(216) 228-0937 (Fax)

<u>Co-Counsel for Respondent Union Pacific</u>
Patricia O. Kiscoan, Esq.
Union Pacific Railroad Company
1400 Douglas Street, Mail Stop 1580
Omaha, NE 68179-1580
Tele: (402) 544-6302

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this August 25, 2008 at Sacramento, California.

SUSAN R. DARMS

**Randolph,
Cregger &
Chalfant**

- 1 -

1 | Stephanie L. Quinn, S.B. No. 216655
  | RANDOLPH, CREGGER, & CHALFANT
2 | 1030 G Street
  | Sacramento, CA 95814-0823
3 | Telephone: (916) 443-4443
  | Facsimile:  (916) 443-2124
4 | E-mail: slq@randolphlaw.net

5 | and

6 | Patricia O. Kiscoan  NE Bar #18624
  | UNION PACIFIC RAILROAD COMPANY
7 | 1400 Douglas Street, Mail Stop 1580
  | Omaha, NE 68179-1580
8 | Telephone: (402) 544-6302
  | E-mail: pokiscoan@up.com
9 | *Appearance Pro Hac Vice*

10 | Attorneys for Respondent

11

12 |              UNITED STATES DISTRICT COURT

13 |              NORTHERN DISTRICT OF CALIFORNIA

14

15

| UNITED TRANSPORTATION UNION, NICK BJAZEVICH, R.A. BRUCKER, M.A. CERVANTEZ, B.W. HUMBLE, B.L. HENRY, M.S. REDMOND, K.L. SUMMERS, | CASE NO. 3:08CV03681- MMC |
|---|---|
| Petitioners, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| UNION PACIFIC RAILROAD CORPORATION, | **BY FAX** |
| Respondent. | |

Patricia O. Kiscoan, an active member in good standing of the bar of the State of Nebraska, whose business address and telephone number is 1400 Douglas Street, Mail Stop 1580, Omaha, NE 68179-1580, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the respondent UNION PACIFIC RAILROAD COMPANY,

1   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
3   appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4   designated in the application will constitute notice to the party. All future filings in this
5   action are subject to the requirements contained in General Order No. 45, *Electronic Case*
6   *Filing*.
7   DATED: _____                                    _____
                                                          U. S. District Court Judge

## PROOF OF SERVICE

**CASE:** United Transportation Union, etc. v. UP
**NO:** U. S. District Court, Northern District of California, No. 3:08cv03681-MMC

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** on the following parties as addressed below by causing a true copy thereof to be placed in a sealed envelope with postage thereon fully prepaid in the designated area for outgoing mail:

<u>Attorneys for Petitioner</u>
Frederick Lee Nelson, Esq.
HILDEBRAND, McLEOD & NELSON, INC.
350 Frank H. Ogawa Plaza, 4th Fl.
Oakland, CA 94612
(510) 451-6732

Kevin C. Brodar
Associate General Counsel
United Transportation Union
14600 Detroit Avenue
Cleveland, OH 44107
(216) 228-9400
(216) 228-0937 (Fax)

<u>Co-Counsel for Respondent Union Pacific</u>
Patricia O. Kiscoan, Esq.
Union Pacific Railroad Company
1400 Douglas Street, Mail Stop 1580
Omaha, NE 68179-1580
Tele: (402) 544-6302

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this August 25, 2008 at Sacramento, California.

SUSAN R. DARMS

**Randolph, Cregger & Chalfant**

- 1 -