

Kevin C. Brodar
Associate General Counsel
14600 Detroit Avenue
Cleveland, Ohio 44107
(216) 228-9400



FILED

08 AUG 27 PM 2:51

RICHARD W. WIEKING
... DISTRICT COURT
... DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United Transportation Union

    Plaintiffs(s),

v.

Union Pacific Railroad Company

    Defendant.

CASE NO. 08-03681 MMC

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Kevin C. Brodar, an active member in good standing of bar of Washington State, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing United Transportation Union in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Frederick L. Nelson, Esquire, Hildebrand, McLeod & Nelson, 350 Frank H. Ogawa Plaza, 4th Floor, Oakland, CA 94612, (510) 451-6732.

Dated: 8/20/08



**PROOF OF SERVICE**
**PURSUANT TO CCP §§1012.5, 1013a, 2015.5**
**and California Rules of Court, Rule 2008**
*United Transportation Union, et al. vs. Union Pacific Railroad Company*
*Case No. 08-03681 MMC*

I, LYNELL BAURTO, hereby declare:

I am a citizen of the United States and am over the age of eighteen (18) and am not a party to the above-entitled action. I am employed in the County of Alameda, California and my business address is Hildebrand, McLeod & Nelson, Inc., 350 Frank H. Ogawa Plaza, 4th Floor, Oakland, CA 94612-2006.

On **August 25, 2008,** I served the foregoing document(s) entitled:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

___ by placing the true copies thereof enclosed in sealed envelope(s) addressed as follows:

_X_ by placing ___ the original, _X_ a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Stephanie L. Quinn, Esq.<br>RANDOLPH, CREGGER & CHALFANT<br>1030 G Street<br>Sacramento, CA 95814-0823<br>Telephone: (916) 443-4443<br>Facsimile: (916) 443-2124 | Representing: *Union Pacific Railroad Company* |
| Patricia O. Kiscoan<br>UNION PACIFIC RAILROAD COMPANY<br>1400 Douglas Street, Mail Stop 1580<br>Omaha, NE 68179-1580<br>Telephone: (402) 544-6302 | Representing: *Union Pacific Railroad Company* |

**PROOF OF SERVICE**

_X_   **BY MAIL:** I caused such envelope(s) or package(s) to be deposited in the mail at Oakland, California with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, in the ordinary course of business. The above sealed envelope(s) or package(s) was placed for collection and mailing on the above date following ordinary business practice..

___   **BY PERSONAL SERVICE:** I caused such envelope(s) containing a true copy thereof to be hand delivered to the parties listed.

1  ____ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) or package(s) designated by
2  **Federal Express** with delivery fees paid or provided and;

3  ____ deposited such envelope(s) or package(s) in a facility regularly maintained by the
   **Federal Express** courier;

4
5  ____ delivered such envelope(s) or packages to an authorized courier or driver authorized
   by **Federal Express** carrier to receive documents.

6  ____ **BY FACSIMILE:** On _____ at _____ a.m./p.m. by
7  use of facsimile machine telephone number 510-465-7023, I served a true copy of the
   above-entitled document(s) on the parties in said action by transmitting by facsimile
8  machine to the numbers as set forth above. The facsimile machine I used complied with
   California Rues of Court, Rule 2003(3) and no error was reported by the machine.
9  Pursuant to California Rules of Court, Rule 2008(4), I caused the machine to print a
   transmission record of the transmission, a copy of which is attached to this Declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **August 25, 2008**, at Oakland, California.

*[signature]*

LYNELL BASURTO

1  Kevin C. Brodar
   Associate General Counsel
2  14600 Detroit Avenue
   Cleveland, Ohio 44107
3  (216) 228-9400

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6  United Transportation Union

7          Plaintiffs(s),                    CASE NO. 08-03681 MMC
            v.
8                                            (Proposed)
   Union Pacific Railroad Company            ORDER GRANTING APPLICATION
9                                            FOR ADMISSION OF ATTORNEY
                                             *PRO HAC VICE*
10         Defendant.            /

11

12     Kevin C. Brodar, an active member in good standing of the bar of Washington State whose

13 business address and telephone number is United Transportation Union, 14600 Detroit Avenue,

14 Cleveland, Ohio 44107, (216) 228-9400, having applied in the above-entitled action for

15 admission to practice in the Northern District of California on a *pro hac vice* basis, representing

16 United Transportation Union.

17     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

18 conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate *pro hac vice*.

19 Service of papers upon and communication with co-counsel designated in the application will

20 constitute notice to the party. All future filings in this action are subject to the requirements

21 contained in General Order No. 45, *Electronic Case filing*.

22

23

24 Dated:                              _____
                                       United States District Judge
25

26

27

28

# PROOF OF SERVICE
# PURSUANT TO CCP §§1012.5, 1013a, 2015.5
# and California Rules of Court, Rule 2008

*United Transportation Union, et al. vs. Union Pacific Railroad Company*
*Case No. 08-03681 MMC*

I, LYNELL BAURTO, hereby declare:

I am a citizen of the United States and am over the age of eighteen (18) and am not a party to the above-entitled action. I am employed in the County of Alameda, California and my business address is Hildebrand, McLeod & Nelson, Inc., 350 Frank H. Ogawa Plaza, 4th Floor, Oakland, CA 94612-2006.

On **August 25, 2008**, I served the foregoing document(s) entitled:

**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

\_\_\_\_ by placing the true copies thereof enclosed in sealed envelope(s) addressed as follows:

_X_ by placing \_\_\_ the original, _X_ a true copy thereof, enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Stephanie L. Quinn, Esq.<br>RANDOLPH, CREGGER & CHALFANT<br>1030 G Street<br>Sacramento, CA 95814-0823<br>Telephone: (916) 443-4443<br>Facsimile: (916) 443-2124 | Representing: *Union Pacific Railroad Company* |
| Patricia O. Kiscoan<br>UNION PACIFIC RAILROAD COMPANY<br>1400 Douglas Street, Mail Stop 1580<br>Omaha, NE 68179-1580<br>Telephone: (402) 544-6302 | Representing: *Union Pacific Railroad Company* |

**PROOF OF SERVICE**

_X_ **BY MAIL:** I caused such envelope(s) or package(s) to be deposited in the mail at Oakland, California with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, in the ordinary course of business. The above sealed envelope(s) or package(s) was placed for collection and mailing on the above date following ordinary business practice..

\_\_\_\_ **BY PERSONAL SERVICE:** I caused such envelope(s) containing a true copy thereof

1     to be hand delivered to the parties listed.

2   ____ **BY OVERNIGHT DELIVERY:** I caused such envelope(s) or package(s) designated by **Federal Express** with delivery fees paid or provided and;

    ____ deposited such envelope(s) or package(s) in a facility regularly maintained by the **Federal Express** courier;

    ____ delivered such envelope(s) or packages to an authorized courier or driver authorized by **Federal Express** carrier to receive documents.

____ **BY FACSIMILE:** On _____ at _____ a.m./p.m. by use of facsimile machine telephone number 510-465-7023, I served a true copy of the above-entitled document(s) on the parties in said action by transmitting by facsimile machine to the numbers as set forth above. The facsimile machine I used complied with California Rues of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2008(4), I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **August 25, 2008**, at Oakland, California.

_____
LYNELL BASURTO