Stephanie L. Quinn, S.B. No. 216655
RANDOLPH, CREGGER, & CHALFANT
1030 G Street
Sacramento, CA 95814-0823
Telephone: (916) 443-4443
Facsimile: (916) 443-2124
E-mail: slq@randolphlaw.net

and

Patricia O. Kiscoan  NE Bar #18624
UNION PACIFIC RAILROAD COMPANY
1400 Douglas Street, Mail Stop 1580
Omaha, NE 68179-1580
Telephone: (402) 544-6302
E-mail: pokiscoan@up.com
*Appearance Pro Hac Vice*

Attorneys for Respondent

E-filing

BY FAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TRANSPORTATION UNION, NICK BJAZEVICH, R.A. BRUCKER, M.A. CERVANTEZ, B.W. HUMBLE, B.L. HENRY, M.S. REDMOND, K.L. SUMMERS,<br><br>    Petitioners,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CORPORATION,<br><br>    Respondent. | CASE NO. 3:08CV03681- MMC<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Patricia O. Kiscoan, an active member in good standing of the bar of the State of Nebraska, whose business address and telephone number is 1400 Douglas Street, Mail Stop 1580, Omaha, NE 68179-1580, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing the respondent UNION PACIFIC RAILROAD COMPANY,

-1-

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
2 and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
3 appearance *pro hac vice*. Service of papers upon and communication with co-counsel
4 designated in the application will constitute notice to the party. All future filings in this
5 action are subject to the requirements contained in General Order No. 45, *Electronic Case*
6 *Filing.*
7 DATED: _____        U. S. District Court Judge