| | |
|---|---|
| 1 | Kevin C. Brodar |
| | Associate General Counsel |
| 2 | 14600 Detroit Avenue |
| | Cleveland, Ohio 44107 |
| 3 | (216) 228-9400 |

RECEIVED AUG 27 PM 2:51 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

E-filing

United Transportation Union

       Plaintiffs(s),

v.

Union Pacific Railroad Company

       Defendant.                     /

CASE NO. 08-03681 MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

    Kevin C. Brodar, an active member in good standing of the bar of Washington State whose business address and telephone number is United Transportation Union, 14600 Detroit Avenue, Cleveland, Ohio 44107, (216) 228-9400, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing United Transportation Union.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case filing*.

Dated: AUG 29 2008

_____
United States District Judge