IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TRANSPORTATION UNION, et al., | No. C-08-3681 MMC |
| Petitioners, | **ORDER DIRECTING PETITIONERS TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Respondent. | |

On October 17, 2008, petitioners filed an Opposition to Union Pacific Railroad's Motion to Dismiss and a declaration in support thereof. Petitioners have violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

Petitioners are hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting chambers copies of the above-referenced documents. Petitioners are hereby advised that if they fail in the future to comply with General Order 45 and the Court's Standing Order to provide chambers copies of

electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: October 22, 2008

MAXINE M. CHESNEY
United States District Judge