IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED TRANSPORTATION UNION, ) <br> NICK BJAZEVICH, R.A. BRUCKER, ) <br> M.A. CERVANTEZ, B.W. HUMBLE, B.L. ) <br> HENRY, M.S. REDMOND, K.L. ) <br> SUMMERS ) <br> ) <br>     Petitioners, ) <br> ) <br> vs ) <br> ) <br> UNION PACIFIC RAILROAD COMPANY ) <br> ) <br>     Respondent. ) | Case No.: 03:08-cv-03681-MMC |

### ORDER OF DISMISSAL

Pursuant to Stipulation signed by both parties, the above-captioned matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 7, 2009

                           MAXINE M. CHESNEY
                           **United States District Judge**